Kevin D. Smith (State Bar No. 113633)
 ksmith@wshblaw.com
Anne K. McIntyre (State Bar No. 166289)
 amcintyre@wshblaw.com
Shannon M. Benbow (State Bar No. 229224)
 sbenbow@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
505 North Brand Boulevard, Suite 1100
Glendale, California 91203
Phone: 818 551-6000 ♦ Fax: 818 551-6050

Attorneys for Defendants, FARWEST FREIGHT SYSTEMS, INC. (erroneously sued and served as FARWEST FREIGHT SYSTEMS) and GERALD HOLT

**REMAND/JS-6**

cc: order, docket and remand letter to Los Angeles Superior Court Southeast District, Case No. VC052580

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENNTAG PACIFIC, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FARWEST FREIGHT SYSTEMS, GERALD HOLT, and DOES 1 THROUGH 30, inclusive,<br><br>Defendants. | CASE NO. CV09-1716 GW (PLAx)<br><br>**ORDER TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: 1/14/09<br><br>Assigned to District Judge George W. Wu and Discovery Magistrate Judge Paul L. Abrams<br><br>TRIAL:   None Set |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Pursuant to 28 U.S.C. Section 1445(c) entitled "Nonremovable actions," this action arises under the worker's compensation laws of the State of California and should not have been removed to federal court. Section 1445(c) states: "A civil action in any State court arising under the workers' compensation law of such state may not be removed to any district court of the United States."

/ / /

1  The Court hereby orders that the action shall be remanded back to the
2  State court, specifically to the Los Angeles Superior Court, Norwalk
3  Courthouse, where the action was originally filed on January 14, 2009 and
4  assigned Case No. VC052580.

6  Date: April 13, 2009

*[signature: George H. Wu]*

The Honorable George W. Wu
U.S. District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 505 North Brand Boulevard, Suite 1100, Glendale, California 91203.

On April 10, 2009, I served the following document(s) described as **[PROPOSED] ORDER TO REMAND ACTION TO STATE COURT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

**BY MAIL:** I am "readily familiar" with Wood, Smith, Henning & Berman's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Glendale, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2009, at Glendale, California.

Sandy Lomeli

LEGAL:5580-100/1217011.1

-1-

[PROPOSED] ORDER TO REMAND ACTION TO STATE COURT

**SERVICE LIST**
***Brenntag Pacific, Inc. V. Farwest Freight Systems***
**Case No. CV09-1716 GW (PLAx)**

Stephen D. Roberson, Esq.
Roberson, Kimball & Jaltorossian
3251 Old Conejo Road
Newbury Park, CA 91320
Tel: (805) 498-7119/(818) 707-1333
Fax: (805) 498-8111
**Attorneys for Plaintiff,
BRENNTAG PACIFIC, INC.**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
505 NORTH BRAND BOULEVARD, SUITE 1100
GLENDALE, CALIFORNIA 91203
TELEPHONE 818 551-6000 ♦ FAX 818 551-6050